IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG 0 1 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PHILIP REDFERN )
)
*Plaintiff*, )
) No. 06 CV ____
-vs- )
) (jury demand)
WILL COUNTY DEPUTY SHERIFFS )
PELLEGRINI and LOPEZ, )
)
*Defendants.* )

06CV4141
JUDGE PALLMEYER
MAG. JUDGE DENLOW

## COMPLAINT

Plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983.

2. Plaintiff Philip Redfern is a resident of the Northern District of Illinois.

3. Defendants Will County Deputy Sheriffs Pellegrini and Lopez were, at the time of the incident complained of, correctional officers working at the Will County Adult Detention Facility.

4. On or about July 15, 2006, while plaintiff was being held at the Will County Adult Detention Facility and before plaintiff's initial court appearance, defendants Pellegrini and Lopez, acting under color of their authority as correctional officers, subjected plaintiff to the excessive and unreasonable use of force, causing plaintiff to receive personal injuries.

5. As the direct and proximate result of the above described acts, plaintiff was deprived of rights secured by the Fourth and Fourteenth Amendment to the Constitution of the United States.

6. Plaintiff hereby demands trial by jury.

Wherefore plaintiff requests that judgment be entered in his favor in the amount of fifty thousand dollars as compensatory damages against defendants, jointly and severally, in the amount of twenty five thousand dollars as punitive damages against each defendant, and that the Court grant whatsoever other relief as may be appropriate, including an award of fees and costs.

KENNETH N. FLAXMAN

200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604-2430

(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com (email)

*attorney for plaintiff*